**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
|     Bernadette Williams | ) | Case No. 22-10389 |
| | ) | Hon. Donald R Cassling |
| | ) | |
| | ) | Chapter 13 |
| | ) | |

TO:    Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St. Suite 3850, Chicago, IL 60603;

City of Chicago c/o Jaime Dowell, City of Chicago, 121 N. LaSalle St., Ste. 400 Chicago, IL 60602;

Toyota Motor Credit Corporation c/o Wesley T Kozeny, Bonial & Associates, P.C., 12400 Olive Blvd, Suite 555, St. Louis, MO 63141;

HSBC BANK USA, NA c/o Todd J Ruchman, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216

See attached service list.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached **Amended Chapter 13 Plan, filed at docket entry number 65**, to the creditors in the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 11101 S. Western Ave. Chicago, IL 60643, on June 28, 2023.

*/s/ Andrew Carroll*

Attorney for Debtor
The Semrad Law Firm, LLC
11101 S. Western Ave.
Chicago, IL 60643
(312)940-7379
Fax: (312) 277 - 5124
acarroll@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-10389<br>Northern District of Illinois<br>Eastern Division<br>Wed Jun 28 11:12:49 CDT 2023 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 |
| Toyota Motor Credit Corporation<br>12400 Olive Blvd, Suite 555<br>St. Louis, MO 63141-5460 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AURORA MEDICAL GROUP, INC<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>200 RENAISSANCE CTR<br>DETROIT, MI 48243-1300 | Bk Of Amer<br>400 Christiana Rd<br>Newark, DE 19702-3208 |
| Capital One<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 | Cb Indigo<br>P.O. Box 4477<br>Bankcard Services<br>Beaverton, OR 97076-4401 | Cb/Wayfair<br>P.O. Box 182273<br>Columbus, OH 43218-2273 |
| (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | City Of Hometown<br>4331 Southwest Highway<br>Hometown, IL 60456-1161 | Creditonebnk<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Destiny<br>PO BOX 4477<br>Beaverton, OR 97076-4401 | Evergreen Park<br>9418 S. Kedzie Ave<br>Evergreen Park, IL 60805-2324 | HSBC Bank USA, NA<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | (p)MANLEY DEAS KOCHALSKI LLC<br>ATTN BANKRUPTCY DEPT<br>1555 LAKE SHORE DRIVE<br>COLUMBUS OH 43204-3825 |
| Merrick Bank<br>P.O. Box 10368<br>C/O Resurgent Capital Services; Attn: Le<br>Greenville, SC 29603-0368 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Northwestern Medical Group<br>26609 Network Place<br>Chicago, IL 60673-1266 |
| (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 | Professional Placement<br>272 N 12th St<br>Milwaukee, WI 53233-2604 | Quantum3 Group LLC as agent for<br>Katapult Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| RFS Business Funding, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Spring Oaks Capital SPV, LLC.<br>P. O. Box 1216<br>Chesapeake, VA 23327-1216 |

| | | |
|---|---|---|
| TOTAL VISA/TBOM/VT<br>10182 TELESIS CT STE 300<br>SAN DIEGO, CA 92121-4777 | The Illinois Tollway<br>PO Box 5544<br>Chicago IL 60680-5491 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 | University Of Chicago Medical Center<br>800 E. 55th St<br>Chicago, IL 60615-4906 |
| Village Of Oak Lawn<br>P.O. Box 88014<br>Chicago, IL 60680-1014 | Andrew B Carroll<br>The Semrad Law Firm, LLC<br>11101 S Western Ave<br>Chicago, IL 60643-3907 | Bernadette Williams<br>9962 S Beverly Ave<br>Chicago, IL 60643-1378 |
| Emily Bushold<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Jessica A. Boone<br>The Semrad Law Firm, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City Of Chicago Parking Tickets<br>121 N La Salle St Rm 107a<br>Chicago, IL 60602 | (d)City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 | (d)City of Chicago Department of Finance<br>Utility Billing & Customer Service Divis<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 |
| Idor-Bankruptcy Section<br>P.O. Box 19035<br>C/O Bankruptcy Unit<br>Springfield, IL 62794 | (d)Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Manley Deas Kochalski Llc<br>PO Box 165028<br>Columbus, OH 43216 |
| PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 | SPRINGOAKCAP<br>P.O. BOX 1216<br>CHESAPEAKE, VA 23327 | Toyota Motor Credit<br>P.O. Box 5855<br>Carol Stream, IL 60197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)City of Chicago

(u)HSBC BANK USA, NA

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Bank of America, N.A.
P.O. Box 31785
Tampa FL 33631-3785

End of Label Matrix
Mailable recipients    42
Bypassed recipients     4
Total                  46