# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                                    )
                                          )   CASE NO. 22 B 10389
Bernadette Williams,                      )   HON. Donald R. Cassling
                                          )   CHAPTER 13
         DEBTOR.                          )

## NOTICE OF MOTION

TO:

Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Jaime Dowell, City of Chicago, 121 N. LaSalle St., Ste. 400, Chicago, IL 60602;

Wesley T Kozeny, Bonial & Associates, P.C., 12400 Olive Blvd, Suite 555, St. Louis, MO 63141, representing Toyota Motor Credit Corporation;

Todd J Ruchman, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216, representing HSBC BANK USA, NA;

Law Office of Willian J. Factor, Ltd., 105 W. Madison St., Suite 1500, Chicago, IL 60602;

WBL SPO II, LLC, 150 Clearbrook Rd., Suite 125, Elmsford, NY 10523;

 Please see attached service list.

Please take notice that on August 17, 2023, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling or any judge sitting in his stead, either in courtroom 619 of the United States Bankruptcy Court, Northern District of Illinois, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion to allow claim, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on July 31, 2023, to the Chapter 13 Trustee listed above via electronic court notification and to the creditors listed above and the attached service list via U.S. Mail with postage prepaid from the mailbox located at 11101 S Western Ave, Chicago, IL 60643.

/s/ Andrew Carroll

Attorney for Debtor
The Semrad Law Firm, LLC
11101 S. Western Ave.
Chicago, IL 60643
Office: (312) 913-0625
Direct: (312)940-7379
Fax: (312) 277 - 5124
acarroll@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-10389<br>Northern District of Illinois<br>Eastern Division<br>Mon Jul 31 15:55:21 CDT 2023 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 |
| Toyota Motor Credit Corporation<br>12400 Olive Blvd, Suite 555<br>St. Louis, MO 63141-5460 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AURORA MEDICAL GROUP, INC<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>200 RENAISSANCE CTR<br>DETROIT, MI 48243-1300 | Bk Of Amer<br>400 Christiana Rd<br>Newark, DE 19702-3208 |
| Capital One<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 | Cb Indigo<br>P.O. Box 4477<br>Bankcard Services<br>Beaverton, OR 97076-4401 | Cb/Wayfair<br>P.O. Box 182273<br>Columbus, OH 43218-2273 |
| (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | City Of Hometown<br>4331 Southwest Highway<br>Hometown, IL 60456-1161 | Creditonebnk<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Destiny<br>PO BOX 4477<br>Beaverton, OR 97076-4401 | Evergreen Park<br>9418 S. Kedzie Ave<br>Evergreen Park, IL 60805-2324 | HSBC Bank USA, NA<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | (p)MANLEY DEAS KOCHALSKI LLC<br>ATTN BANKRUPTCY DEPT<br>1555 LAKE SHORE DRIVE<br>COLUMBUS OH 43204-3825 |
| Manley Deazs Kochalski LLC<br>1 E Wacker #1730<br>Chicago, Illinois 60601-1980 | Merrick Bank<br>P.O. Box 10368<br>C/O Resurgent Capital Services; Attn: Le<br>Greenville, SC 29603-0368 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Northwestern Medical Group<br>26609 Network Place<br>Chicago, IL 60673-1266 | (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 | Professional Placement<br>272 N 12th St<br>Milwaukee, WI 53233-2604 |
| Quantum3 Group LLC as agent for<br>Katapult Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RFS Business Funding, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |

| | | |
|---|---|---|
| Spring Oaks Capital SPV, LLC.<br>P. O. Box 1216<br>Chesapeake, VA 23327-1216 | TOTAL VISA/TBOM/VT<br>10182 TELESIS CT STE 300<br>SAN DIEGO, CA 92121-4777 | The Illinois Tollway<br>PO Box 5544<br>Chicago IL 60680-5491 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 |
| University Of Chicago Medical Center<br>800 E. 55th St<br>Chicago, IL 60615-4906 | Village Of Oak Lawn<br>P.O. Box 88014<br>Chicago, IL 60680-1014 | World Business Lenders, LLC<br>55 E Monroe<br>Suite 3800<br>Chicago, IL 60603-6030 |
| Andrew B Carroll<br>The Semrad Law Firm, LLC<br>11101 S Western Ave<br>Chicago, IL 60643-3907 | Bernadette Williams<br>9962 S Beverly Ave<br>Chicago, IL 60643-1378 | Emily Bushold<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 |
| Jessica A. Boone<br>The Semrad Law Firm, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City Of Chicago Parking Tickets<br>121 N La Salle St Rm 107a<br>Chicago, IL 60602 | (d)City of Chicago Department of Finance<br>333 South State Street Suite 330<br>Chicago, IL 60604 | (d)City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 |
| (d)City of Chicago Department of Finance<br>Utility Billing & Customer Service Divis<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 | Idor-Bankruptcy Section<br>P.O. Box 19035<br>C/O Bankruptcy Unit<br>Springfield, IL 62794 | (d)Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| (d)Illinois Department of Revenue<br>POB 19035<br>Springfield, IL 62794-9035 | Manley Deas Kochalski Llc<br>PO Box 165028<br>Columbus, OH 43216 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| SPRINGOAKCAP<br>P.O. BOX 1216<br>CHESAPEAKE, VA 23327 | Toyota Motor Credit<br>P.O. Box 5855<br>Carol Stream, IL 60197 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)City of Chicago

(u)HSBC BANK USA, NA

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901


(d)Bank of America, N.A.
P.O. Box 31785
Tampa FL 33631-3785

End of Label Matrix
Mailable recipients    44
Bypassed recipients     4
Total                  48

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22 B 10389 |
| Bernadette Williams, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO ALLOW CLAIM 19

NOW COMES the Debtor, by and through Debtor's Counsel, The Semrad Law Firm, LLC, and moves this Honorable Court to allow claim 19, a general unsecured Proof of Claim, filed on July 31, 2023. Debtor states the following:

1.  That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

2.  On September 12, 2022, the Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3.  This Honorable Court confirmed the Debtor's Chapter 13 Plan on July 20, 2023.

4.  The Debtor's Chapter 13 Plan allows for secured creditors to be paid 0.00% of their allowed claims, and plan payments of $1,960.00 per month for 8 month(s) and $2,300.00 per month for 52 month(s).

5.  The deadline for creditors to file claims in the instant case was on November 21, 2022.

6.  WBL SPO II, LLC has not filed a claim in this case.

7.  The Debtor filed a general unsecured Proof of Claim 19-1 on behalf of WBL SPO II, LLC, for the amount of $152,965.36 for money personal guaranty of note and security agreement.

8. The Debtor would like to include the debt in the instant case. Please see Exhibit A for the attached Proof of Claim 19-1.

9. The Debtor and Debtor's counsel, The Semrad Law Firm, LLC respectfully request this Honorable Court enter an Order allowing Claim 19-1, filed on July 31, 2023, in the amount of $152,965.36, and to direct the Chapter 13 Trustee to pay the amount of the late filed claim a general unsecured claim.

10. The Debtor has filed the case in good faith and intends to complete the Chapter 13 Plan.

Bernadette Williams prays this Honorable Court for the following relief:

A. Proof of Claim 19 is allowed in the amount of $152,965.36 and the Chapter 13 Trustee will pay the amount a general unsecured claim; and

B. For any and all other relief this Court deems fair and proper.

Respectfully Submitted,

/s/ Andrew Carroll

Attorney for Debtor
The Semrad Law Firm, LLC
11101 S. Western Ave.
Chicago, IL 60643
Office: (312) 913-0625
Direct: (312)940-7379
Fax: (312) 277 - 5124
acarroll@semradlaw.com