**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** : | |
| : | |
| **Bernadette Williams** : | Case No.: 22-10389 |
| : | **Chapter 13** |
| **Debtor.** : | **Judge Donald R. Cassling** |
| : | * * * * * * * * * * * * * * * * * * * * |
| : | |

# NOTICE OF MOTION

TO: See attached list.

    PLEASE TAKE NOTICE that on **May 16, 2024, at 09:30 am**, I will appear before the Honorable Judge Donald R. Cassling, or any judge sitting in that judge's place, **either** in courtroom 619 of the U.S. Court for the Northern District of Illinois, 219 South Dearborn, Chicago, IL 60604, **or** electronically as described below and present the Motion of HSBC Bank USA, National Association as Trustee for the Certificateholders of the Nomura Home Equity Loan, Inc. Asset- Backed Certificates, Series 2005-FM1 for Relief from Stay and Co-Debtor Stay, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                              HSBC Bank USA, National Association as Trustee
                              for the Certificateholders of the Nomura Home
                              Equity Loan, Inc. Asset- Backed Certificates, Series
                              2005-FM1

22-030260_BEW1

By: /s/ Todd J. Ruchman
    Todd J. Ruchman (6271827)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus OH  43216-5028
    Contact email is tjruchman@manleydeas.com

22-030260_BEW1

## **CERTIFICATE OF SERVICE**

I certify that on  May 1, 2024 , a copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  Thomas H. Hooper, thomas.h.hooper@chicagoch13.com

  Jessica A. Boone, Attorney for Bernadette Williams, jboone@semradlaw.com

  Emily Bushold, Attorney for Bernadette Williams, ebushold@semradlaw.com

  Andrew B Carroll, Attorney for Bernadette Williams, acarroll@semradlaw.com

    I certify that on  May 1, 2024 , a copy of the foregoing document was sent by U.S. Mail to the following:

  Bernadette Williams, 9962 S Beverly Ave, Chicago, IL  60643

  Bernadette Williams and Richard A Williams, 9962 S Beverly Ave, Chicago, IL 60643-1378

/s/ Todd J. Ruchman

Date:  April 1, 2024

22-030260_BEW1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| **Bernadette Williams** | : Case No.: 22-10389 |
| | : Chapter 13 |
| Debtor. | : Judge Donald R. Cassling |
| | : * * * * * * * * * * * * * * * * * * * * * |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY (FIRST MORTGAGE)

HSBC Bank USA, National Association as Trustee for the Certificateholders of the Nomura Home Equity Loan, Inc. Asset- Backed Certificates, Series 2005-FM1 ("Movant"), hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of Bernadette Williams (the "Debtor(s)") having an address of 9962 S Beverly Ave, Chicago, IL 60643-1378 (the "Property") and hereby moves the Court, pursuant to 11 U.S.C. § 1301(c) for relief from the co-debtor stay as to Richard A Williams (the "Co-Debtor"). The Required Statement is attached hereto in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on September 12, 2022.

2. A Chapter 13 Plan was confirmed on July 20, 2023.

3. The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain Adjustable Rate Note in the original principal amount of $228,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

22-030260_BEW1

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) and Co-Debtor under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

5. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit C.

6. As of the April 19, 2024, the outstanding amount of the Obligations is: $373,791.57.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $1,249.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The Debtor(s) plan calls for the Debtor(s) to make postpetition mortgage payments to the Movant.

9. The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor(s) and Co-Debtor :

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 7 | 10/01/2022 | 04/01/2023 | $2,916.84 | $20,417.88 |
| 1 | 05/01/2023 | 05/01/2023 | $2,774.42 | $2,774.42 |
| 11 | 06/01/2023 | 04/01/2024 | $2,849.56 | $31,345.16 |

**Total: $54,537.46**

10. The estimated market value of the Property is $373,600.00. The basis for such valuation is the Debtor(s) Schedule A/B.

22-030260_BEW1

11. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $373,791.57.

12. Cause exists for relief from the automatic stay for the following reasons:

    a. Postconfirmation payments required by the confirmed plan have not been made to Movant.

13. Movant, by counsel, further prays that the 14-day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay and co-debtor allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

Dated: 5/1/2024                                         Respectfully submitted,

                                                        /s/ Todd J. Ruchman
                                                        Todd J. Ruchman (6271827)
                                                        Adam B. Hall (0088234)
                                                        Stephen R. Franks (0075345)
                                                        Manley Deas Kochalski LLC
                                                        P.O. Box 165028
                                                        Columbus OH  43216-5028
                                                        614-220-5611; Fax: 614-627-8181
                                                        Attorneys for Movant

22-030260_BEW1

                                                  The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

22-030260_BEW1

## CERTIFICATE OF SERVICE

I certify that on ___May 1, 2024___, a copy of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Thomas H. Hooper, thomas.h.hooper@chicagoch13.com

Jessica A. Boone, Attorney for Bernadette Williams, jboone@semradlaw.com

Emily Bushold, Attorney for Bernadette Williams, ebushold@semradlaw.com

Andrew B Carroll, Attorney for Bernadette Williams, acarroll@semradlaw.com

I certify that on ___May 1, 2024___, a copy of the foregoing document was sent by U.S. Mail to the following:

Bernadette Williams, 9962 S Beverly Ave, Chicago, IL 60643

Bernadette Williams and Richard A Williams, 9962 S Beverly Ave, Chicago, IL 60643-1378

/s/ Todd J. Ruchman

Date: May 1, 2024

22-030260_BEW1